# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MAURO TORRES CASTRO,<br><br>　　　　　Defendant. | 8:15CR33<br><br>JUDGMENT |

For the reasons set out in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. The Court has completed its initial review of the Motion to Vacate under 28 U.S.C. 2255, ECF No. 165;

2. The claims raised in the Defendant's § 2255 motion are summarily denied;

3. No certificate of appealability will be issued: and

4. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

Dated this 29th day of October, 2019.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge